**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| VAMSIDHAR R. VURIMINDI, | : | No. 8 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HON. JUDGE DIANA ANHALT AND | : | |
| COURT OF COMMON PLEAS, | : | |
| PHILADELPHIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**.

    The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.